# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| EARL E. JONES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV409-068 |
| SHERIFF AL ST. LAWRENCE, CHATHAM COUNTY DETENTION CENTER, and PRISON HEALTH SERVICES, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## REPORT AND RECOMMENDATION

In an order dated April 24, 2009, the Court granted plaintiff's motion to proceed in forma pauperis and ordered him to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 3.) The Court warned plaintiff that his failure to return those forms within 30 days would result in the dismissal of his case. (*Id.*) Plaintiff has not returned his Consent to Collection of Fees form. Since plaintiff has not returned both required forms, his case should be

**DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 10th day of June, 2009.

/s/ G.R. SMITH
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**