UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EARL E. JONES,                        )
                                      )
    Plaintiff,                        )
                                      )
v.                                    )    Case No. CV409-068
                                      )
SHERIFF AL ST. LAWRENCE,              )
CHATHAM COUNTY DETENTION              )
CENTER, and PRISON HEALTH             )
SERVICES,                             )
                                      )
    Defendants.                       )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 20th day of July, 2009.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA